# United States District Court
# For The Western District of North Carolina
# Asheville Division

JERRY JEROME HARRIS,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          1:10cv263

(FNU) MIDFORD, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/27/11 Order.

Signed: April 27, 2011

Frank G. Johns, Clerk
United States District Court